The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR94-046RSM |
|---|---|
| Plaintiff, | ORDER TO CONTINUE NOTING DATE FOR MOTION FOR EARLY TERMINATION OF SUPERVISION |
| v. | |
| TERRY M. CHANDLER, | |
| Defendant. | |

THE COURT, having considered and reviewed the stipulated motion to continue the noting date for defendant's motion to terminate supervision, hereby enters the following order:

IT IS HEREBY ORDERED that this matter be re-noted for September 27, 2024. The government's response to be filed by September 23, 2024.

DATED this 12th day of August, 2024.

*[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

*s/ Stephen Hobbs*
STEPHEN HOBBS
Assistant United States Attorney

ORDER TO CONTINUE NOTING DATE FOR MOTION FOR EARLY
TERMINATION - 1
*United States v. Chandler,* CR94-046RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970