UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERRY M. CHANDLER,<br><br>Defendant. | Case No. CR94-46RSM<br><br>ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE |

This matter having come before the Court on the Defendant's Motion for Termination of Supervised Release, and the Court having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that termination of Mr. Chandler's supervised release is warranted by the conduct of Mr. Chandler and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Chandler shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

///

ORDER - 1

IT IS SO ORDERED.

DATED this 18th day of October, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2